**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

BEARY LANDSCAPING, INC., GREAT LAKES LANDSCAPE CO., INC., MAHONEY & ASSOCIATES, L.L.C., McGINTY BROS. INC., NATURAL CREATIONS LANDSCAPING, INC., PEDERSEN CO., REIL CONSTRUCTION INC., SEBERT LANDSCAPING CO., STAN'S LANDSCAPING, INC., WALSH LANDSCAPE, INC., BRIAN BEARY, JOHN CEDERLUND, JOSE GARCIA, SANDRA HARYNEK, CLINTON J. MAHONEY, CHARLES P. McGINTY SR., PAUL F. PEDERSEN, STANLEY PEDERSEN, JEFFREY SEBERT, and JOHN R. WALSH III,

Plaintiffs,

v.

CATHERINE SHANNON, in her official capacity as Director of the Illinois Department of Labor,

Defendant.

No. 05 C 5697

Judge Zagel
Magistrate Judge Denlow

**PLAINTIFFS' APPENDIX IN SUPPORT
OF MOTION FOR SUMMARY JUDGMENT**

Donald J. McNeil, #06193106
The Law Office of Donald J. McNeil
617 West Fulton Street
Chicago, Illinois 60661
(312) 207-5677
(312) 704-4500 (FAX)
donald.mcneil@sbcglobal.net

**TABLE OF CONTENTS**


| **DESCRIPTION** | **TAB** |
|---|---|
| Answer | A |
| Excerpts from Defendant's Amended Answer and Objections to Plaintiffs' First Set of Interrogatories | B |
| Excerpts from Deposition of Brian Beary | C |
| Excerpts from Deposition of John Cederlund | D |
| Excerpts from Deposition of Jose Garcia | E |
| Excerpts from Deposition of Kevin Harynek | F |
| Excerpts from Deposition of Clinton J. Mahoney | G |
| Excerpts from Deposition of Charles P. McGinty Sr. | H |
| Exhibits from Deposition of Paul F. Pedersen | I |
| Excerpts from Deposition of Stanley Pedersen | J |
| Excerpts from Deposition of Jeffrey Sebert | K |
| Excerpts from Deposition of John R. Walsh III | L |
| Exhibit from Deposition of Dale Conaway | M |
| Excerpts from Deposition of Carla J. Pulley | N |
| Exhibit from Deposition of Carla J. Pulley | O |
| Excerpts from Deposition of Thomas D. Whalen | P |
| Excerpts from Report of Proceedings Aug. 14, 2002, *In Re City of St. Charles and International Union of Operating Engineers Local Union No. 150, AFL-CIO* | Q |

| **DESCRIPTION** | **TAB** |
|---|---|
| Excerpts from Transcript of Proceedings, *In re Illinois Landscape Contractors Ass'n v. Ludwig*, File No. 05-MK-08-0084 (Ill. Dept. of Labor Oct. 1, 2004) | R |
| Excerpts from Plaintiffs' First Stipulation Exhibit A First page, then pages 7-8 | S |
| Excerpts from Plaintiffs' First Stipulation Exhibit B First page, then page 22 | T |
| Documents Produced by Defendant | U |
| Circuit Court Orders | V |
| Plaintiffs' Exhibits | W |

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on December 9, 2010, he electronically filed the foregoing Plaintiffs' Appendix in Support of Motion for Summary Judgment with the Clerk of the Court using the CM/ECF system, which provided automatic notice to the following:

Peter C. Koch, Esq.
Assistant Attorney General
100 W. Randolph Street, 13th Floor
Chicago, Illinois 60601
pkoch@atg.state.il.us

The undersigned attorney further certifies that on November 12, 2010, he delivered a copy of the foregoing by electronic mail to the following:

Peter C. Koch, Esq.
Assistant Attorney General
100 W. Randolph Street, 13th Floor
Chicago, Illinois 60601
pkoch@atg.state.il.us

/s/ Donald J. McNeil